IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

    Plaintiff,                    No. CIV S-09-0640 GGH P

    vs.

MATTHEW CATE, et al.,

    Defendants.

_____/    ORDER

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §1983. Plaintiff has consented to the jurisdiction of the undersigned. Docket # 4. By <u>Order</u>, filed on 4/24/09, certain of plaintiff's claims in his original complaint were found cognizable, but his claims against defendants Mendoza, Cate, Grannis and Shea were dismissed with leave to amend. In response, plaintiff informed the court that he did not intend to amend and did not object to the dismissal of the defendants named above but simply wished to proceed on the claims found colorable. Therefore, the court will dismiss the above defendants for the reasons set forth in the <u>Order</u>, filed on 4/24/09, and because plaintiff expressly acquiesces to their dismissal, electing not to amend.

        The complaint states a colorable claim for relief against defendants Dr. Newman, Dr. A. Pomazal (or Pomazel), David Snell, Christine L. Baca, Physician's Assistant (Phys. Asst.) Michelle Street, Phys. Asst. Jeremy Riker, pursuant to 42 U.S.C. § 1983 and 28 U.S.C.

§ 1915A(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants Mendoza, Cate, Grannis and Shea are dismissed from this action.

2. Service is appropriate for the following defendants: Dr. Newman, Dr. A. Pomazal (or Pomazel), David Snell, Christine L. Baca, Physician's Assistants Michelle Street and Jeremy Riker.

3. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 9, 2009.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Seven (7) copies of the endorsed complaint filed March 9, 2009.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 6, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
fran0640.1md

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

      Plaintiff,                    No. CIV S-09-0640 GGH P

      vs.

MATTHEW CATE, et al.,             NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         1      completed summons form

         6      completed USM-285 forms

         7      copies of the March 9, 2009 Complaint

DATED:

                                                        _____
                                                        Plaintiff