IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

      Plaintiff,                      No. CIV S-09-0640 JAM GGH P

      vs.

MATTHEW CATE, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

      By an order filed October 6, 2009, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form and other documents necessary to effect service on defendant Snell. In a letter dated October 11, 2009 (filed in this court on October 15, 2009), plaintiff indicated that he would be transferring to Corcoran State Prison the following week and that he might need additional time to locate defendant Snell. He also indicated that he would provide his change of address when able. However, no address change has been forthcoming and some ninety days have passed since issuance of the order permitting plaintiff sixty days to provide the necessary information to effect service of defendant Snell.

      Accordingly, IT IS HEREBY RECOMMENDED that defendant Snell be dismissed from this action without prejudice. See Fed. R. Civ. P. 41(b).

\\\\\

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 19, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009/035
fran0640.fusm