1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN FRANCIS

11              Plaintiff,                    No. 2:09-cv-0640 JAM KJN P

12         vs.

13    MATTHEW CATE, et al.,

14              Defendants.                   ORDER

15    _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On January 19, 2010, the magistrate judge filed findings and recommendations

20    herein which were served on plaintiff and which contained notice to plaintiff that any objections

21    to the findings and recommendations were to be filed within twenty days. Plaintiff has filed

22    objections to the findings and recommendations.

23         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24    304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

25    file, the court finds the findings and recommendations to be supported by the record and by

26    proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed January 19, 2010, are adopted in full;

3        2.  Defendant Snell is dismissed from this action without prejudice.

4   DATED:     March 31, 2010

5

6                                            /s/ John A. Mendez
                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26