IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. FRANCIS,

    Plaintiff,               No. 2:09-cv-0640 JAM KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.        <u>ORDER</u>

                              /

        Plaintiff has filed a document entitled "Plaintiff's Request for Production of Documents." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        The court notes that defendants have received notice of this filing through CM/ECF (Local Rule 135(a).) Thus, this order will not impact the deadlines set in the July 14, 2010 order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request (dkt. no. 44) will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery

1

1 | requests or responses, except as required by rule of court, may result in an order of sanctions,
2 | including, but not limited to, a recommendation that this action be dismissed.
3 | DATED: August 4, 2010

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

8 | fran0640.411