IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

    Plaintiff,               No. 2:09-cv-0640 JAM KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis, with a civil rights action. On June 20, 2011, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on February 16, 2010, March 18, 2010, March 31, 2010 and April 26, 2010. All requests were denied. In light of those orders, and for the reasons stated therein. IT IS HEREBY ORDERED that plaintiff's June 20, 2011 request (dkt. no. 63) is denied.

 DATED: June 23, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

fran0640.31.thr