IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

      Plaintiff,                   No. 2:09-cv-0640 JAM KJN P

      vs.

MATTHEW CATE, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 26, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2011, are adopted in full;

2. The January 4, 2011 motion for summary judgment is granted in part and denied in part, as follow:

    a. Defendant Baca's motion for summary judgment on plaintiff's Eighth Amendment medical claims is denied;

    b. Defendant Baca's motion for summary judgment on plaintiff's due process claims is granted; and

    c. Defendant Newman is granted summary judgment.

DATED: September 19, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE