IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

    Plaintiff,            No. 2:09-cv-0640 JAM KJN P

    vs.

BACA, STREET, REICHERT,
AND POMAZZAL,

    Defendants.        ORDER
_____/

        By order filed October 14, 2011, this court directed plaintiff to file a pretrial statement on or before February 3, 2012. On February 14, 2012, plaintiff was granted an additional fourteen days in which to file a pretrial statement. However, on that same day, plaintiff's pretrial statement, filed February 13, 2012, was entered on the court's docket. Plaintiff also filed a request to accept his untimely pretrial statement.

        Good cause appearing, plaintiff's February 13, 2012 pretrial statement is deemed timely filed. The February 14, 2012 order granting plaintiff an additional fourteen days in which to file a pretrial statement is vacated as moot. Defendants shall file their pretrial statement within seven days from the date of this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 13, 2012 pretrial statement is deemed timely filed;

        2.  The February 14, 2012 order granting plaintiff an additional fourteen days in which to file a pretrial statement (dkt. no. 73 at 2) is vacated; and

        3.  Within seven days from the date of this order, defendants shall file their pretrial statement.

DATED: February 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fran0640.pts

2