IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

      Plaintiff,                        No. 2:09-cv-0640 JAM KJN P

      vs.

BACA, STREET, REICHERT, and POMAZZAL,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel. This civil rights action, filed pursuant to 42 U.S.C. § 1983, is presently set for trial on October 22, 2012, at 9:00 a.m.

        In support of his request to call this witness at trial, plaintiff has presented a declaration signed by Neil J. Breaux, Inmate #K-90033, that contains evidence relevant to plaintiff's claims. However, inmate Breaux does not indicate in his declaration whether or not he is willing to testify on plaintiff's behalf.

        CDCR inmate locator reflects inmate Breaux is incarcerated at California Correctional Center ("CCC"), in Susanville, California. Good cause appearing, the Clerk of the Court is directed to send to the litigation coordinator at CCC a copy of inmate Breaux's declaration together with plaintiff's request. The litigation coordinator at CCC shall take all

1

steps necessary to obtain, within fourteen days, a written response from inmate Breaux and to return that response to the Court. A Notice of Potential Witness form is appended to facilitate this process. Upon receipt of the written response from inmate Breaux, the court will make such further orders as are appropriate.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to the Litigation Coordinator at the California Correctional Center, P.O. Box 790, Susanville, California 96127-0790, a copy of the instant order, inmate Breaux's declaration (dkt. no. 79 at 3), and a copy of plaintiff's request to have inmate witnesses testify at trial (dkt. no. 79 at 1).

2. The litigation coordinator at the California Correctional Center shall take all steps necessary to obtain, a written response from inmate Neil J. Breaux, CDCR #K-90033, and to return that response to the Court within fourteen days from the date of this order. A Notice of Potential Witness form is appended to facilitate this process.

DATED: June 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fran0640.brx

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

    Plaintiff,                             No. 2:09-cv-0640 JAM KJN P

    vs.

BACA, STREET, REICHERT,                       <u>NOTICE RE POTENTIAL WITNESS</u>
and POMAZZAL,

    Defendants.
_____/

    Potential witness Neil J. Breaux, Inmate #K-90033, responds to this court's June, 2012 order as follows:

    _____ I am willing to testify voluntarily on behalf of plaintiff Francis.

    _____ I am unwilling to testify voluntarily.

    I declare under penalty of perjury that the above and foregoing is true and correct.

DATED:

    _____
    Neil J. Breaux, Inmate #K-90033
    Witness (sign, print address)

3