IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS,

      Plaintiff,                No. 2:09-cv-0640 JAM KJN P

    vs.

BACA, et al.,

      Defendants.        ORDER

_____/

        This case is presently set for jury trial on October 22, 2012. On October 1, 2012, plaintiff filed a motion for a sixty day extension of time to provide defendants with plaintiff's exhibits, to prepare his opening statement and proposed jury instructions, and other documents necessary for trial. Plaintiff states he is not ready for trial, and that he has been unable to obtain copies of his exhibits[1] or complete preparation due to lack of access to the library. Also, plaintiff claims that prison officials are preparing to move plaintiff to Pleasant Valley State Prison. Thus, it appears plaintiff seeks a continuance of the trial date. Due to the rapidly approaching trial date, the court finds good cause to grant plaintiff's request. Therefore, jury trial is continued from

---

[1] Plaintiff is advised that he need not duplicate any of defendants' exhibits plaintiff wishes to use at trial; plaintiff may refer to, and use, defendants' exhibits, so long as plaintiff clearly identifies such exhibits by the revised deadline.

1

October 22, 2012, to December 10, 2012, before the undersigned.  In all other respects, the August 28, 2012 pretrial order remains in effect.  Plaintiff is cautioned that the court is not inclined to entertain additional requests for continuances of the trial date.

The September 6, 2012 writ of habeas ad testificandum is vacated, and a new writ will issue prior to the December trial date.

IT IS HEREBY ORDERED that:

1. Plaintiff's October 1, 2012 motion for an extension of time (dkt. no. 90) is granted;

2. Jury trial is continued from October 22, 2012, to December 10, 2012, at 9:00 a.m. in Courtroom #6 before the undersigned;

3. The September 6, 2012 writ of habeas corpus ad testificandum (dkt. no. 89) is vacated; and

4. The Clerk of the Court is directed to serve a copy of this order on the Warden of California State Prison, Corcoran, P.O. Box 3461, Corcoran, California  93212-3461, and the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

DATED: 10/3/2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

/fran0640.36b