1  **Rivera&Associates**

2  2180 Harvard Street, Ste. 310
Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
5  Shanan L. Hewitt, CSN 200168
6  Kelly A. Yokley, CSN 192015

7

8  Attorneys for Defendants,
Christiana Baca, Michelle Street,
Jeremy Reichert and Andrew Pomazal
9

10  IN THE UNITED STATES DISTRICT COURT

11  IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  JOHN FRANCIS,                )    CASE NO. 2:09-cv-00640-JAM-KJN
                                 )
14              Plaintiff,       )    **ORDER OF DISMISSAL WITH PREJUDICE**
    vs.                          )
15                               )
                                 )
16  MATTHEW CATE, et. al.        )
                                 )
17              Defendants,      )
                                 )
18  _____  )

19    This matter came on for Jury Trial on December 10, 2012. At the beginning of

20 proceedings thereupon, Plaintiff JOHN FRANCIS, in pro per, orally moved to voluntary dismiss

21 the action with prejudice. Defendants CHRISTIANA BACA, MICHELLE STREET, JEREMY

22 REICHERT AND ANDREW POMAZAL, by and through their attorney, Jonathan B. Paul,

23 Esq., did not object to the dismissal of said action.

24    Thus, IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice

25 forthwith. Each side to bear their own attorney's fees and costs.

26 Dated: December 11, 2012

27                          /s/ John A. Mendez
                            JOHN MENDEZ
28                          United States District Court Judge